UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DeCARLO L. DENNY,

    Plaintiff,

v.                                                Case No. 12-cv-1028

OCONTO COUNTY POLICE DEPARTMENT and
BERNIE FAITH,

    Defendants,

## ORDER

I dismissed this case on November 14, 2012, because plaintiff DeCarlo L. Denny had failed to pay his initial partial filing fee of $10.08, which was due on November 2, 2012. He has now filed a letter explaining that he made a disbursement request at Dodge Correctional Institution, but it was lost. Then, before he could make another request, he was transferred to Fox Lake Correctional Institution. Plaintiff states that he will send the initial partial filing fee as soon as he has access to his funds. I will construe plaintiff's this letter as a motion to reopen and find good cause to give plaintiff another opportunity to pay his initial partial filing fee because it appears that the nonpayment did not result from plaintiff's actions.

Therefore,

**IT IS ORDERED** that this action will be **REOPENED** if plaintiff pays his $10.08 on or before **December 21, 2012**. If plaintiff does not pay the initial partial filing fee by that date, this case will remain closed.

**IT IS ALSO ORDERED** that plaintiff shall a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 26th day of November, 2012.

s/ Lynn Adelman

LYNN ADELMAN
District Judge